UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Rosie M. Hill | CASE NO: 16-26452-beh |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 6/28/2016, I did cause a copy of the following documents, described below,

Motion to Continue the Automatic Stay,

Notice of Motion to Continue the Automatic Stay

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 6/28/2016

/s/ Anton B. Nickolai
Anton B. Nickolai  1060676
Nickolai & Poletti LLC
308 Milwaukee Avenue
Burlington, WI  53105
262 757 8444
anton@nickolailaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Rosie M. Hill | CASE NO: 16-26452-beh |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 6/28/2016, a copy of the following documents, described below,

Motion to Continue the Automatic Stay,

Notice of Motion to Continue the Automatic Stay

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/28/2016

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nickolai & Poletti LLC
Anton B. Nickolai
308 Milwaukee Avenue
Burlington, WI 53105

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0757-2<br>CASE 16-26452-BEH<br>EASTERN DISTRICT OF WISCONSIN<br>MILWAUKEE<br>TUE JUN 28 11-31-38 CDT 2016 | AFNI INC.<br>ATTN- BANKRUPTCY<br>PO BOX 3097<br>BLOOMINGTON IL 61702-3097 | AFNI INC.<br>POB 3097<br>BLOOMINGTON IL 61702-3097 |
| ALLIANCE COLLECTION AGENCIES<br>3916 S BUSINESS PARK AVE<br>MARSHFIELD WI 54449-9029 | ALLIANCE COLLECTION AGENCIES<br>PO BOX 1267<br>MARSHFIELD WI 54449-7267 | AMER FST FIN<br>7330 W. 33RD STREE<br>WICHITA KS 67205-9369 |
| BLACKHAWK FINANCE<br>2400 DEVON AVENUE<br>DES PLAINES IL 60018-4618 | CREDIT SERVICE OF OREGON<br>400 INTERNATIONAL WAY<br>SPRINGFIELD OR 97477-7002 | CREDIT SERVICE OF OREGON<br>PO BOX 1208<br>ROSEBURG OR 97470-0306 |
| DIVERSIFIED CONSULTANT<br>10550 DEERWOOD PARK BLVD<br>JACKSONVILLE FL 32256-0596 | DIVERSIFIED CONSULTANT<br>DCI<br>PO BOX 551268<br>JACKSONVILLE FL 32255-1268 | FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD MN 56303-0820 |
| FINGERHUT<br>6250 RIDGEWOOD ROA<br>SAINT CLOUD MN 56303-0820 | FIRST SOUTH WESTERN FN<br>5201 SOUTH 1900 WEST<br>ROY UT 84067-2904 | FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| FORD MOTOR CREDIT<br>PO BOX BOX 542000<br>OMAHA NE 68154-8000 | FST PREMIER<br>3820 N LOUISE AVE<br>SIOUX FALLS SD 57107-0145 | FST PREMIER<br>601 S MINNEAOPLIS AVE<br>SIOUX FALLS SD 57104 |
| OFFICE OF THE U. S. TRUSTEE<br>517 EAST WISCONSIN AVE.<br>ROOM 430<br>MILWAUKEE WI 53202-4510 | SALLIE MAE<br>ATTN- NAVIENT<br>PO BOX 9500<br>WILKES-BARR PA 18773-9500 | SALLIE MAE<br>PO BOX 9500<br>WILKES-BARRE PA 18773-9500 |
| US DEPT OF EDUCATION<br>ATTN- BANKRUPTCY<br>PO BOX 16448<br>SAINT PAUL MN 55116-0448 | U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 | WI ELECTRIC<br>333 W EVERETT<br>MILWAUKEE WI 53201 |
| WI ELECTRIC<br>WI ENERGIES<br>PO BOX 2046 RM A130<br>MILWAUKEE WI 53201-2046 | *EXCLUDE*<br>~~ANTON B. NICKOLAI~~<br>~~NICKOLAI & POLETTI LLC~~<br>~~308 MILWAUKEE AVENUE~~<br>~~BURLINGTON WI 53105-1229~~ | *EXCLUDE*<br>~~MARY B. GROSSMAN~~<br>~~CHAPTER 13 TRUSTEE~~<br>~~P.O. BOX 510920~~<br>~~MILWAUKEE WI 53203-0161~~ |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*EXCLUDE*

~~ROSIE M HILL~~
~~1802 GRANGE AVE APT 205~~
~~RACINE WI 53403-2371~~